**Insufficient documentation.  Please contact the Court's finance department for further information.**

**This order is not signed for the reason set forth above.**

**Dated: April 12, 2018**



FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2017 MAY 19  A 9:40

DISTRICT OF UTAH
MAIL



---

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| In Re: | Case No. 12-27196 |
|---|---|
| RICHARD RIVERA | Chapter 7 |
|  | Judge William T. Thurman |
| Debtors |  |

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

It appearing that the check made payable to JESSICA LERMA, in the amount of $6,021.69 was not charged against the bank account of JESSICA LERMA estate with the ninety-day limit pursuant to 11 U.S.C. § 347 and the case trustee filed an unclaimed funds report to close the account and transfer funds into the registry of the Clerk, United States Bankruptcy Court for the District of Utah, and

It further appearing that JESSICA LERMA now claims the above monies in the application attached hereto,

IT IS ORDERED, that the Clerk of the Bankruptcy may pay the sum of $6,021.69 to JESSICA LERMA.

End of Order.



## DESIGNATION OF PARTIES TO RECEIVE NOTICE

Service of the foregoing Order Granting Application for Payment of Unclaimed Funds shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this as designated below are registered CM/ECF users.

- **Thomas H. Richards**    tomrichards9@gmail.com
- **Michael F. Thomson, Trustee** thomson.michael@dorsey.com, UT17@ecfcbis.com
- **United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail** - In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b):

Office of the United States Attorney
District of Utah
185 South State Street, Suite 300
Salt Lake City, UT 84111

Debtor Richard Rivera
321 N. Mall Drive, Suite R232
St. George, UT 84790

Original Claimant
Jessica Lerma
321 N. Mall Drive, Suite R232
St. George, UT 84790